ACCEPTED
01-15-00197-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 3:50:44 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00197-CV**

IN THE COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 3:50:44 PM
CHRISTOPHER A. PRINE
Clerk

LETICIA LOYA,
*Appellant*,

v.

MIGUEL LOYA, VITOL, INC., MICHAEL METZ,
ANTONIO MAARRAOUI,
*Appellees*.

**APPELLEES' UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES**

Appeal from the 190th Judicial District Court, Harris County, Texas
Trial Court Cause No. 2012-33464

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellant Procedure, Appellees Miguel Loya, Vitol, Inc., Michael Metz, and Antonio Maarraoui file this Unopposed First Motion for Extension of Time to File Brief of Appellees and would show the Court as follows:

1.      Appellant filed her Brief of Appellant on May 28, 2015, after taking a 7-day extension.

1

2. The Brief of Appellees is due on June 29, 2015, 30 days after the filing of the Brief of Appellant. TEX. R. APP. P. 38.6(b).

3. Appellees request a 7-day extension of time to file their Brief of Appellees until Monday, July 6, 2015.

4. This is Appellees' First Motion for extension of time to file their Brief.

5. Appellees request an extension because of a request for supplementation of the reporter's record that was first made on January 27, 2015 but has not yet been completed by the court reporter and because of a request for supplementation of the clerk's record that was made on June 24, 2015.

6. Appellant is not opposed to this Motion.

Appellees pray that the Court grant this Motion and extend the time for filing its Brief of Appellees to and including July 6, 2015. Appellees pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

*/s/ Patrick W. Mizell*
Patrick W. Mizell
Attorney-In-Charge
Texas Bar No. 14233980
Catherine B. Smith
Texas Bar No. 03319970
Deborah C. Milner
Texas Bar No. 24065761
Jaclyn M. Lynch
Texas Bar No. 24083429
1001 Fannin, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758.2932
Facsimile: 713.615.5912
e-mail: pmizell@velaw.com
e-mail: csmith@velaw.com
e-mail: cmilner@vela.com
e-mail: jaclynlynch@velaw.com

***Attorneys for Appellees Vitol, Inc.,
Antonio Maarraoui, and Michael Metz***

**FULLENWEIDER WILHITE, P.C.**

*/s/ Randall B. Wilhite*
Randall B. Wilhite
Attorney-In-Charge
Texas Bar No. 21476400
4265 San Felipe, Suite 1400
Houston, Texas 77027
Telephone: 713-624-4100
Facsimile: 713-624-4141
e-mail: rwilhite@fullenweider.com
e-mail: service@fullenweider.com

3

*Attorneys for Appellee Miguel A. Loya*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 25, 2015, I conferred with Jennifer Job (attorney for Appellant, Leticia Loya) *via* email, and she indicated that Appellant was not opposed to this extension motion.

*/s/ Patrick W. Mizell*
Patrick W. Mizell

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 25, 2015, the foregoing Unopposed First Motion for Extension of Time to File Brief of Appellees was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:

Jennifer Job
James E. Payne
Provost Umphrey Law Firm, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas 77701
409.835.8605
jjob@pulf.com
jpayne@pulf.com
  *Attorneys for Appellant Leticia Loya*

*/s/ Deborah C. Milner*
Deborah C. Milner